E-Filed: **7/13/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.E. Vaughan,** | CASE NO. CV 09-2419-GHK (SSx) |
| Plaintiff, | |
| v. | JUDGMENT |
| **Capitol Records, LLC,** | |
| Defendant. | |

Pursuant to our Order dismissing the First Amended Complaint on July 13, 2009, this case is hereby **DISMISSED** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: July 13, 2009

_____
GEORGE H. KING
United States District Judge